# United States District Court
## EASTERN DISTRICT OF CALIFORNIA


FILED
OCT 2 3 2006
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
       DEPUTY CLERK

|  |  |
|---|---|
| United States of America<br>vs.<br>David Nelson | Case No. 06-cr-0334 AWI |

## CONSENT TO MODIFY CONDITIONS OF RELEASE

I, _____David Nelson_____, have discussed with _____Lydia J. Serrano_____, Pretrial Services Officer, modifications of my release conditions as follows:

Temporarily releasing the $50,000 property bond, and reconveying the property back to David Nelson and Danielle Castillo, to allow refinance of said property, with the property bond to be back in place, re-filed with the Clerk of the Court and properly re-recorded, no later than November 1, 2006.

All other previously ordered conditions not in conflict to remain in full force and effect.

I consent to this modification of my release conditions and agree to abide by this modification.

_____  10-23-06            _____  10-23-06
Signature of Defendant        Date              Pretrial Services Officer    Date
David Nelson                                    Lydia J. Serrano

I have reviewed the conditions and concur that this modification is appropriate.

_____                       10/23/06
Signature of Assistant United States Attorney   Date
Kathleen Servatius

I have reviewed the conditions with my client and concur that this modification is appropriate.

_____                       10/23/06
Signature of Defense Counsel                    Date
Robert Rainwater

### ORDER OF THE COURT

☑ The above modification of conditions of release is ordered, to be effective on  10/23/2006 .
☐ The above modification of conditions of release is *not* ordered.

_____                       10/23/2006
Signature of Judicial Officer                   Date

cc:   U.S. Attorney's Office, Defense Counsel, Pretrial Services