```
1   J.M. IRIGOYEN #177626
    Attorney at Law
2   J.M. IRIGOYEN LAW CORPORATION
    2131 Amador
3   Fresno, CA 93721

4   (559) 233-3333

5
    Attorney for Defendant
6       DAVID NELSON
```

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No.  06 CR 334 AWI |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | SUBSTITUTION OF ATTORNEYS |
| | ) | |
| DAVID NELSON, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

\* \* \* \*

   J.M. IRIGOYEN, Attorney at Law is hereby substituted as attorney of record for the Defendant, DAVID NELSON, in place and instead of THE FEDERAL DEFENDER'S OFFICE.

   I hereby consent to the above substitution.

DATED: 2-16-07

                                    S/J.M. Irigoyen
                              _____
                                    J.M. Irigoyen

   I hereby consent to the above substitution.

DATED: 2-16-07                      S/Robert Rainwater
                              _____
                                    FEDERAL DEFENDER

I hereby consent to the above substitution.

DATED: 2-16-07

                                       S/David Nelson
                                 _____
                                 DAVID NELSON

## ORDER

IT IS SO ORDERED.

**Dated:   February 20, 2007**          **/s/ Anthony W. Ishii**
0m8i78                                            UNITED STATES DISTRICT JUDGE