```
 1
 2
 3
 4                  UNITED STATES DISTRICT COURT FOR THE
 5                     EASTERN DISTRICT OF CALIFORNIA
 6
 7  UNITED STATES OF AMERICA,   )   Case No. 1: 06 CR 334   AWI
                                )
 8       Plaintiff,             )
                                )   AMENDED
 9       vs.                    )   STIPULATION TO CONTINUE
                                )   MOTION HEARING
10  DAVID NELSON,               )
                                )
11       Defendant.             )
    _____)
12
13       It is stipulated and agreed between the parties that the
14  MOTION HEARING in the above matter currently set for August
15  27, 2006, be continued to September 24, 2007 at 9:00 a.m.
16       The parties agree that the delay resulting from the
17  continuance shall be excluded in the interests of justice,
18  including but not limited to, the need for the period of time
19  set further herein for effective defense preparation and the
20  resolution of pre-trial motions that are pending
21  pursuant to 18 U.S.C. §§ 3161(h)(l)(F), 3161(h)(8)(A) and 3161
22  (h)(8)(B)(I) to and through September 24, 2007.
23
24       I hereby agree to the above stipulation.
25  Dated: August 23, 2007
26                                    s/J.M. Irigoyen
27                                  _____
                                      by:J.M. Irigoyen
28                                    Attorney for Defendant
                                    1
```

1
2       I hereby consent to the above stipulation.

DATED: August 23, 2007
3                                       s/Kathleen A. Servatious
4                                       _____
                                        by: Kathleen A. Servatious
5                                       Assistant U.S. Attorney
6
7               ORDER CONTINUING HEARING DATE
8
9       IT IS SO ORDERED.  Time is excluded in the interests
10  of justice pursuant to 18 U.S.C. §§ §§ 3161(h)(l)(F),
11  3161(h)(8)(A) and 3161(h)(8)(B)(I).
12
13  IT IS SO ORDERED.

14  **Dated:   August 24, 2007**              **/s/ Anthony W. Ishii**
15                                       UNITED STATES DISTRICT JUDGE

2