McGREGOR W. SCOTT
United States Attorney
KATHLEEN A. SERVATIUS
Assistant U.S. Attorneys
4401 Federal Building
2500 Tulare Street
Fresno, California 93721
Telephone: (559) 498-7272

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 1:06-CR-334 AWI |
| ) | |
| Plaintiff, ) | ORDER CONTINUING EVIDENTIARY |
| ) | HEARING |
| v. ) | |
| ) | |
| DAVID NELSON, ) | |
| ) | |
| Defendant. ) | |
| ) | |

The United States of America, by and through McGregor W. Scott, United States Attorney, and Kathleen A. Servatius, Assistant United States Attorney, and David Nelson, by and through his attorney, J.M. Irigoyen, have stipulated to a continuance of the evidentiary hearing in this case, currently set for November 5, 2007, to December 10, 2007, at 1:30 p.m.  The government has requested the continuance in order to permit it to complete its investigation and prepare for the evidentiary hearing in this case.

THEREFORE, it appearing that the request is supported by good cause,

IT IS HEREBY ordered that the evidentiary hearing in this case be continued until December 10, 2007 at 1:30 p.m.

///

///

1

IT IS HEREBY ORDERED that the time period between November 5, 2007 and December 10, 2007 be excluded from the Speedy Trial Clock as the Court finds that time should be excluded due to the pendency of the defendant's motions.  See 18 U.S.C. § 3161(f).

IT IS SO ORDERED.

**Dated:   November 1, 2007**               _____/s/ Anthony W. Ishii_____
                                                                    UNITED STATES DISTRICT JUDGE