UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 06 CR 334 AWI |
| | ) | |
| Plaintiff, | ) | |
| | ) | AMENDED |
| vs. | ) | STIPULATION TO CONTINUE |
| | ) | MOTION HEARING |
| DAVID NELSON, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

The parties have filed the following stipulation:

It is stipulated and agreed between the parties that the MOTION HEARING in the above matter currently set for December 10, 2007, be continued to January 21, 2008 at 1:30 p.m.

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set further herein for effective defense preparation and the resolution of pre-trial motions that are pending pursuant to 18 U.S.C. §§ 3161(h)(l)(F), 3161(h)(8)(A) and 3161(h)(8)(B)(I) to and through January 21, 2008.

I hereby agree to the above stipulation.

Dated: December 6, 2007

                                    s/J.M. Irigoyen

                                 _____
                                 by: J.M. Irigoyen
                                 Attorney for Defendant


I hereby consent to the above stipulation.

DATED: December 6, 2007

                                 s/Kathleen A. Servatious

                                 _____
                                 by: Kathleen A. Servatious
                                 Assistant U.S. Attorney


## ORDER CONTINUING HEARING DATE

In light of the stipulation, and due to January 21, 2008, being a national holiday, IT IS HEREBY ORDERED that the motion hearing set for December 10, 2007, is moved to January 22, 2008.  Time is excluded in the interests of justice pursuant to 18 U.S.C. §§ §§ 3161(h)(1)(F), 3161(h)(8)(A) and 3161(h)(8)(B)(I).

IT IS SO ORDERED.

**Dated:   December 6, 2007**                   **/s/ Anthony W. Ishii**
                                                   UNITED STATES DISTRICT JUDGE