```
J.M. IRIGOYEN #177626
Attorney at Law
J.M. IRIGOYEN LAW CORPORATION
2131 Amador
Fresno, CA 93721

(559) 233-3333

Attorney for Defendant
DAVID NELSON
```

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 06 CR 334 AWI |
| Plaintiff, ) | |
| vs. ) | STIPULATION TO CONTINUE |
| ) | MOTION HEARING |
| DAVID NELSON, ) | |
| Defendant. ) | |

It is stipulated and agreed between the parties that the MOTION HEARING in the above matter currently set for April 22, 2008, be continued to June 9, 2009 at 1:30 p.m.

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set further herein for effective defense preparation and the resolution of pre-trial motions that are pending pursuant to 18 U.S.C. §§ 3161(h)(l)(F), 3161(h)(8)(A) and 3161(h)(8)(B)(I) to and through June 9, 2008.

1

I hereby agree to the above stipulation.
Dated: April 17, 2008

                                              s/J.M. Irigoyen

                                  _____
                                  by:J.M. Irigoyen
                                  Attorney for Defendant

I hereby consent to the above stipulation.
DATED: April 17, 2008
                                  s/Kathleen A. Servatious

                                  _____
                                  by: Kathleen A. Servatious
                                  Assistant U.S. Attorney

## ORDER CONTINUING HEARING DATE

IT IS SO ORDERED.  Time is excluded in the interests of justice pursuant to 18 U.S.C. §§ §§ 3161(h)(1)(F), 3161(h)(8)(A) and 3161(h)(8)(B)(I).


**IT IS SO ORDERED.**

**Dated:   April 18, 2008**                    **/s/ Anthony W. Ishii**
                                                            UNITED STATES DISTRICT JUDGE