1  J.M. IRIGOYEN #177626
   Attorney at Law
2  J.M. IRIGOYEN LAW CORPORATION
   2131 Amador
3  Fresno, CA 93721

4  (559) 233-3333

5  Attorney for Defendant
   DAVID NELSON
6

7

8

9            UNITED STATES DISTRICT COURT FOR THE

10               EASTERN DISTRICT OF CALIFORNIA

11
   UNITED STATES OF AMERICA,  )   Case No. 06 CR 334 AWI
12                            )
          Plaintiff,          )
13                            )
          vs.                 )   STIPULATION TO CONTINUE
14                            )   MOTION HEARING
   DAVID NELSON,              )
15                            )
          Defendant.          )
16  _____)

17

18       It is stipulated and agreed between the parties that the

   MOTION HEARING in the above matter currently set for July 14,
19
   2008, be continued to August 11, 2009 at 1:30 p.m.
20
         The parties agree that the delay resulting from the
21
   continuance shall be excluded in the interests of justice,
22
   including but not limited to, the need for the period of time
23
   set further herein for effective defense preparation and the
24
   resolution of pre-trial motions that are pending
25
   pursuant to 18 U.S.C. §§ 3161(h)(l)(F), 3161(h)(8)(A) and 3161
26
   (h)(8)(B)(I) to and through June 9, 2008.
27

28

                                1

1    I hereby agree to the above stipulation.

2 Dated: July 2, 2008

3                              s/J.M. Irigoyen

4                              _____

5                              by:J.M. Irigoyen
                               Attorney for Defendant

6

7    I hereby consent to the above stipulation.

DATED: July 2, 2008

8                              s/Kathleen A. Servatious

9                              _____

10                             by: Kathleen A. Servatious
                               Assistant U.S. Attorney

11

12              ORDER CONTINUING HEARING DATE

13

14    IT IS SO ORDERED.  Time is excluded in the interests

15 of justice pursuant to 18 U.S.C. §§ §§ 3161(h)(l)(F),

16 3161(h)(8)(A) and 3161(h)(8)(B)(I).

17

18 IT IS SO ORDERED.

19 **Dated:   July 3, 2008**            /s/ Anthony W. Ishii

20                              CHIEF UNITED STATES DISTRICT JUDGE

21

22

23

24

25

26

27

28

                              2