```
 1  J.M. IRIGOYEN #177626
    Attorney at Law
 2  J.M. IRIGOYEN LAW CORPORATION
    2131 Amador
 3  Fresno, CA 93721

 4  (559) 233-3333

 5  Attorney for Defendant
    DAVID NELSON
 6

 7

 8
```

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 06 CR 334 AWI |
|---|---|
| Plaintiff, | ) |
| vs. | ) STIPULATION TO CONTINUE |
| DAVID NELSON, | ) MOTION HEARING |
| Defendant. | ) |

It is stipulated and agreed between the parties that the MOTION HEARING in the above matter currently set for August 11, 2008, be continued to 9-8-08 at 1:30 p.m.

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set further herein for effective defense preparation and the resolution of pre-trial motions that are pending pursuant to 18 U.S.C. §§ 3161(h)(l)(F), 3161(h)(8)(A) and 3161(h)(8)(B)(I) to and through September 8, 2008.

I hereby agree to the above stipulation.

Dated: July 31, 2008

                                s/J.M. Irigoyen

                                _____
                                by:J.M. Irigoyen
                                Attorney for Defendant

I hereby consent to the above stipulation.

DATED: July 31, 2008
                                s/Kathleen A. Servatious

                                _____
                                by: Kathleen A. Servatious
                                Assistant U.S. Attorney

<u>ORDER CONTINUING HEARING DATE</u>

IT IS SO ORDERED.  Time is excluded in the interests of justice pursuant to 18 U.S.C. §§ §§ 3161(h)(l)(F), 3161(h)(8)(A) and 3161(h)(8)(B)(I).


IT IS SO ORDERED.

**Dated:   August 1, 2008**                **/s/ Anthony W. Ishii**
                                          CHIEF UNITED STATES DISTRICT JUDGE