1  J. M. IRIGOYEN #177626
   Attorney at Law
2  J. M. IRIGOYEN LAW CORPORATION
   2131 Amador
3  Fresno, CA 93721

4
   559.233.3333
5
   Attorney for Defendant
6  DAVID NELSON

FILED
AUG 11 2009
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. **06-CR-00334** |
| ) | [PROPOSED] |
| Plaintiff, ) | **ORDER RE EX-PARTE REQUEST** |
| ) | **FOR EXTENSION OF SURRENDER** |
| vs. ) | **DATE** |
| ) | |
| DAVID NELSON, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | The Honorable Anthony Ishii |

Having considered Defendant's Ex-Parte Request for Extension of Surrender Date, good cause appearing, the Petition is granted. The Surrender Date for David Nelson is extended to _September 8, 2009_ at _2:00_ a.m/p.m. Hearing on Request for Extension of Surrender Date set for Tuesday, September 8, 2009 at 9:00 a.m. in Courtroom 2.

Dated: 8-11-09

_____
Anthony Ishii
District Court Judge

1